♦AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
ERIC MONTIEL (3)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 09CR2582-WQH

ANTHONY COLUMBO JR., CJA
Defendant's Attorney

REGISTRATION NO. 15900298

☐

THE DEFENDANT:
☒ pleaded guilty to count(s)  1 of the indictment
☐ was found guilty on count(s) _____ after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 371 | CONSPIRACY | 1 |

The defendant is sentenced as provided in pages 2 through __13__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) ALL REMAINING  is ☐ are ☒ dismissed on the motion of the United States.
☒ Assessment: $100.00
☒ Fine waived    ☐ Forfeited pursuant to order filed _____ , included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

NOVEMBER 18, 2011
Date of Imposition of Sentence

HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

09CR2582-WQH

AO 245B    (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __13__

DEFENDANT: ERIC MONTIEL (3)
CASE NUMBER: 09CR2582-WQH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 18 months

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☒ The court makes the following recommendations to the Bureau of Prisons:
   That the defendant be designated to an appropriate medical facility

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☒ On or before noon on January 13, 2012
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

09CR2582-WQH

AO 245D (Rev. 3/10) Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page __3__ of __13__

DEFENDANT: ERIC MONTIEL (3)
CASE NUMBER: **09CR2582-WQH**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
3 years

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than __4__ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis Backing Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**09CR2582-WQH**

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
           Sheet 4 — Special Conditions

Judgment—Page __4__ of __13__

DEFENDANT: ERIC MONTIEL (3)
CASE NUMBER: **09CR2582-WQH**

## SPECIAL CONDITIONS OF SUPERVISION

[X] Submit person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

[X] If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer with 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion or voluntary departure.

[ ] Not transport, harbor, or assist undocumented aliens.

[ ] Not associate with undocumented aliens or alien smugglers.

[ ] Not reenter the United States illegally.

[ ] Not enter or reside in the Republic of Mexico without written permission of the Court or probation officer.

[ ] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[ ] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

[X] Not engage in any employment or profession which involves financial consulting, recruitment of financial investors, or real estate transactions

[ ] Participate in a mental health treatment program as directed by the probation office.

[X] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[X] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ]

[ ] Complete _____ hours of community service in a program approved by the probation officer within

[ ] Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

[ ] Reside in a Residential Reentry Center (RRC) as directed by the Bureau of Prisons for a period of commencing upon release from imprisonment.

[X] Notify the Collections Unit of the U.S. Attorney's Office, and the U.S. Probation Office, before the defendant transfers any interest in property owned directly or until any fine or restitution order is paid in full.

[ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

[X] Notify the Collections Unit of the U.S. Attorney's Office, and the U.S. Probation Office, of any interest in property obtained, directly or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation, until any fine or restitution order is paid in full.

[ ] Participate in a program of drug or alcohol abuse treatment, including urinalysis or sweat patch testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

09CR2582-WQH

DEFENDANT: ERIC MONTIEL (3)
CASE NUMBER: **09CR2582-WQH**

# RESTITUTION

The defendant shall pay restitution in the amount of _____$23,598,324.62_____ unto the United States of America.

This sum shall be paid ___ immediately.
                        ✗ as follows:

It is ordered that the defendant pay restitution in the amount of $23,598,324.62 through the Clerk, U.S. District Court. The defendant is due a credit in the amount of $289,228.89, which is the amount the Receiver in S.E.C. v. Plus Money, Inc. and Matthew La Madrid, 08cv0764-MMA (NLS) (S.D. Cal.) paid to the victims prior to sentencing, leaving the defendant with a remaining restitution debt of $23,484,171,33. Payment of restitution shall be forthwith. During the defendant's incarceration, the defendant shall pay restitution through the Inmate Responsibility Program at the rate of 50% of the defendant's income, or $25.00 per quarter, whichever is greater. The defendant shall pay the restitution during his supervised release at the rate of $250 per month. These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment. Restitution is to be paid to the victims listed on Attachment A and distribution is to be made on a pro rata basis. The victims' names and addresses, and each victim loss, are listed on Attachment A.3/ Defendant shall be jointly and severally liable to pay restitution with codefendants/ co-conspirators for the same losses. The presently known co-defendants are Matthew LaMadrid and Lance LaMadrid Cr. No. 09-2582-WQH (S.D. Cal.). The presently known coconspirators are James Hyatt Cr. No. 09-2467-WQH (S.D. Cal.); Mark Busby Cr. No. 08-4322-WQH (S.D. Cal.); Christine Busby Cr. No. 08-4322-WQH (S.D. Cal.); Richard R. Kassler Cr. No. 08-3030-WQH (S.D. Cal.); and Kevin Fallis Cr. No. 09-2293-WQH (S.D. Cal.). Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

The Court has determined that the defendant   does   have the ability to pay interest. It is ordered that:

___ The interest requirement is waived.

___ The interest is modified as follows:

**09CR2582-WQH**

Case 3:09-cr-02582-WQH   Document 280   Filed 11/22/11   PageID.1532   Page 6 of 13

Case 3:09-cr-02582-WQH   Document 273-1   Filed 10/24/11   Page 6 of 13
U.S. v. Eric Montiel Victim Losses dated October 20, 2011

| | Last Name | First Name | Business Name | Address | City | State | Zip Code | Loss Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Agsalon | Leonardo and Delma | | | | | | $77,395.73 |
| 2 | Aguilar | Steve | | | | | | $9,026.00 |
| 3 | Aguilera | Joey | | | | | | $12,048.10 |
| 4 | Alcoser | Jason | | | | | | $77,369.57 |
| 5 | Alimonda | Chuck | | | | | | $27,840.12 |
| 6 | Alves | Lisa | | | | | | $10,912.00 |
| 7 | Alves | Donald | | | | | | $13,808.48 |
| 8 | Anderson | Tyler | | | | | | $9,005.00 |
| 9 | Anderson | Lori | | | | | | $19,819.56 |
| 10 | Anderson | Eric | | | | | | $472,063.62 |
| 11 | Anton | Salvador | | | | | | $204,166.77 |
| 12 | Aon | Michael | Aon Family Trust | | | | | $16,749.81 |
| 13 | Araiza | Robert | | | | | | $18,848.76 |
| 14 | Arrington | John | | | | | | $49,572.90 |
| 15 | Avia | Michael | | | | | | $56,336.25 |
| 16 | Barajas | Leocado | | | | | | $37,288.13 |
| 17 | Barrett | Robert | | | | | | $45,342.15 |
| 18 | Barrington | Alan | | | | | | $11,094.56 |
| 19 | Beeghley | Lars Brian | Lars Beeghley Revocable Trust | | | | | $23,428.11 |
| 20 | Begin | Susan | | | | | | $38,360.39 |
| 21 | Bell | Phylis | | | | | | $42,516.76 |
| 22 | Benedict | William | | | | | | $118,226.95 |
| 23 | Benedict | Jonathan W | | | | | | $332,267.05 |
| 24 | Benedict Whiteley Betsy | Betsy | | | | | | $81,012.33 |
| 25 | Bergado | Simon and Clementina | | | | | | $177,885.86 |
| 26 | Black | Carol | | | | | | $12,893.69 |
| 27 | Blick | Edward | | | | | | $92,156.19 |
| 28 | Bookout | Steve or Carolyn | | | | | | $272,946.88 |
| 29 | Bradley | Michael | | | | | | $75,257.03 |
| 30 | Branstetter | Theordore | | | | | | $222,753.00 |
| 31 | Brooks | Michael | | | | | | $12,046.00 |
| 32 | Burdett | Elvys | | | | | | $90,801.79 |
| 33 | Buvel | Janice | | | | | | $21,904.00 |
| 34 | Cacanindin | Lance | | | | | | $10,908.61 |
| 35 | Canizalez-Rodriguez | Debora | | | | | | $30,718.73 |
| 36 | Carulli | Liza | | | | | | $86,164.82 |
| 37 | Castagno | Christine | | | | | | $16,300.06 |
| 38 | Castiglione | Mike | | | | | | $60,140.03 |
| 39 | Chavarria | Michael | | | | | | $60,627.74 |
| 40 | Churder | Margaret | | | | | | $18,037.11 |

Case 3:09-cr-02582-WQH   Document 280   Filed 11/22/11   PageID.1533   Page 7 of 13

Case 3:09-cr-02582-WQH   Document 273-1   Filed 10/24/11   Page 7 of 13
U.S. v. Eric Montiel Victim Losses dated October 20, 2011

| | Last Name | First Name | Business Name | Address | City | State | Zip Code | Loss Amount |
|---|---|---|---|---|---|---|---|---|
| 41 | Clapp | John | | | | | | $13,255.79 |
| 42 | Clark | Teresa | | | | | | $13,362.87 |
| 43 | Clark | David | | | | | | $122,272.12 |
| 44 | Coffey | Sharon | | | | | | $135,693.45 |
| 45 | Coffey | Sharon | La Palma Mama LLC | | | | | $13,143.81 |
| 46 | Cortez | James and Jaylene | | | | | | $76,939.79 |
| 47 | Cowell | Carrinne | | | | | | $74,778.83 |
| 48 | Crabtree | Wayne | | | | | | $64,479.93 |
| 49 | Crabtree | Gary | | | | | | $381,405.88 |
| 50 | Crawford | Cheryl | | | | | | $100,000.00 |
| 51 | Crowther | William | | | | | | $31,704.00 |
| 52 | Desmarais | Kelly | | | | | | $64,381.14 |
| 53 | Doan | Duyness and Thao | | | | | | $45,341.18 |
| 54 | Doolan | John | | | | | | $54,865.14 |
| 55 | Downing | Dale | | | | | | $117,117.85 |
| 56 | Duff | Richard | | | | | | $11,636.01 |
| 57 | Escobedo | Oscar and Catherine | | | | | | $145,506.45 |
| 58 | Espinoza | Steven | | | | | | $11,332.61 |
| 59 | Esquibel | Patrick | | | | | | $26,988.46 |
| 60 | Fallis | William and Melanie | | | | | | $182,708.22 |
| 61 | Ferguson | Romanda | | | | | | $99,980.03 |
| 62 | Fernandez | Raymond | | | | | | $152,587.23 |
| 63 | Ferrari | Harri | | | | | | $175,006.39 |
| 64 | Ferreira | John | | | | | | $3,510.00 |
| 65 | Figueroa | Estela and Jesus | | | | | | $65,250.00 |
| 66 | Fisher | Layton | | | | | | $11,248.84 |
| 67 | Fisher | William | | | | | | $22,302.73 |
| 68 | Fitch | Karan J | | | | | | $83,616.67 |
| 69 | Fodor | Karen | | | | | | $50,025.15 |
| 70 | Folwell | Steve | | | | | | $82,266.80 |
| 71 | Fowler | David | | | | | | $77,796.30 |
| 72 | Freeman | Derek & Antoinette | | | | | | $56,714.66 |
| 73 | French | Glenn | | | | | | $19,367.68 |
| 74 | Friday | Candeiaria | | | | | | $209.64 |
| 75 | Garzon | Jessica | | | | | | $31,907.77 |
| 76 | Gipson | Joshua | | | | | | $103,301.33 |
| 77 | Gonzales-Hannibal | Gabriela | | | | | | $34,358.18 |
| 78 | Gonzalez | Salvador | | | | | | $63,617.13 |
| 79 | Gonzalez | Jorge | | | | | | $13,419.73 |
| 80 | Goodman | Joseph | | | | | | $145,241.57 |
| 81 | Graber | Elizibeth | | | | | | $20,752.60 |

Case 3:09-cr-02582-WQH   Document 273-1   Filed 10/24/11   Page 8 of 13
U.S. v. Eric Montiel Victim Losses dated October 20, 2011

| | Last Name | First Name | Business Name | Address | City | State | Zip Code | Loss Amount |
|---|---|---|---|---|---|---|---|---|
| 82 | Granero | Edward | | | | | | $17,182.10 |
| 83 | Green | Judith | | | | | | $67,808.00 |
| 84 | Gribble | Deborah | | | | | | $39,102.18 |
| 85 | Grider | Phillip | | | | | | $28,153.43 |
| 86 | Grigorian | Robert | | | | | | $11,346.91 |
| 87 | Gruber | Jerome | | | | | | $39,630.00 |
| 88 | Gu | Wei | | | | | | $19,827.50 |
| 89 | Guevara | Martin and Lilia | | | | | | $70,991.10 |
| 90 | Guffey | John | | | | | | $55,928.01 |
| 91 | Gundlach | Larry | | | | | | $19,852.60 |
| 92 | Hailey | Victor | | | | | | $264,304.01 |
| 93 | Haisha | Richard J. | Haisha Family Living Trust | | | | | $11,636.01 |
| 94 | Hanks and Tran | Guy and Stephine | | | | | | $240,662.95 |
| 95 | Hannibal | Wilfredo | | | | | | $36,746.22 |
| 96 | Haraden | Scott | | | | | | $21,260.82 |
| 97 | Harper | T-Shara | | | | | | $35,961.43 |
| 98 | Harris | Daniel | | | | | | $41,148.37 |
| 99 | Harrod | Marcia | | | | | | $58,894.44 |
| 100 | Harty | Jason | | | | | | $185,156.00 |
| 101 | Hatch | Blair | | | | | | $16,457.38 |
| 102 | Heck | James | | | | | | $15,090.11 |
| 103 | Heidmiller | Patricia | | | | | | $120,652.49 |
| 104 | Heisey | Melanie | | | | | | $147,104.99 |
| 105 | Hicks | Greggory | | | | | | $36,044.04 |
| 106 | Holbert | Alan | | | | | | $4,306.55 |
| 107 | Horton | Cindy | | | | | | $83,166.05 |
| 108 | Horvat | Margherita | | | | | | $90,001.47 |
| 109 | Howell | Michael | | | | | | $19,398.00 |
| 110 | Hubka | Jennifer | | | | | | $15,169.10 |
| 111 | Hubka | Paul | | | | | | $53,786.61 |
| 112 | Hulburt | Dorothy | | | | | | $42,521.63 |
| 113 | Iglesias | Javier | Iglesias Family Trust | | | | | $6,669.54 |
| 114 | Jackson | Regina | | | | | | $40,483.09 |
| 115 | Jara | Zackary | | | | | | $6,491.98 |
| 116 | Jara | Denise | | | | | | $11,735.13 |
| 117 | Jeager | Donna | | | | | | $12,473.00 |
| 118 | Jenkins | Darlene | | | | | | $29,778.89 |
| 119 | Jones | Walter | | | | | | $18,582.10 |
| 120 | Kassler | Henry and Marjorie | | | | | | $59,229.63 |
| 121 | Keckeisen | Tim | | | | | | $30,193.88 |
| 122 | Kenyon | Judith | | | | | | $6,699.69 |

Case 3:09-cr-02582-WQH  Document 273-1  Filed 10/24/11  Page 9 of 13
U.S. v. Eric Montiel Victim Losses dated October 20, 2011

| | Last Name | First Name | Business Name | Address | City | State | Zip Code | Loss Amount |
|---|---|---|---|---|---|---|---|---|
| 123 | Khadher | Samir | | | | | | $39,755.00 |
| 124 | Kicinski | Ronald | | | | | | $15,657.37 |
| 125 | King | Carl | | | | | | $25,783.60 |
| 126 | Kiti | Raad | | | | | | $59,003.91 |
| 127 | Koon | Der-Chieh | | | | | | $75,562.04 |
| 128 | Krishna | Anita | | | | | | $110,702.00 |
| 129 | Kruel | Randall | | | | | | $7,537.18 |
| 130 | Kruel | Kelli | | | | | | $112,114.82 |
| 131 | Kruel | Jacquelyn | | | | | | $352,675.57 |
| 132 | Kuehne | Randy | | | | | | $22,400.43 |
| 133 | Kumlin | Christopher | | | | | | $18,056.59 |
| 134 | La Madrid | John and Sharlot | | | | | | $144,171.32 |
| 135 | Lacy | James | | | | | | $60,979.38 |
| 136 | Laird | Elise | | | | | | $5,376.49 |
| 137 | Laroux | Richard | | | | | | $15,574.29 |
| 138 | Lechner | Paul | | | | | | $18,104.04 |
| 139 | Ledford | Diana | | | | | | $33,005.60 |
| 140 | Lee | Renee | | | | | | $53,100.06 |
| 141 | Leggs | Albert | | | | | | $22,689.34 |
| 142 | Levitt | Rayna | | | | | | $73,424.62 |
| 143 | Lewis | Donald | | | | | | $202,514.61 |
| 144 | Liesch | Dale | | | | | | $25,053.73 |
| 145 | Liesch | Linda | | | | | | $53,271.59 |
| 146 | Lim | Renee | | | | | | $26,661.34 |
| 147 | Lipsey | Jeremy | | | | | | $63,790.73 |
| 148 | Lipsey | Ryan | | | | | | $75,866.70 |
| 149 | Little | Charla | | | | | | $69,597.36 |
| 150 | Littles | Elvira | | | | | | $58,903.22 |
| 151 | Lloyd | Farqubar | | | | | | $60,499.40 |
| 152 | Loomis | Bradford | | | | | | $44,110.06 |
| 153 | Lorek | Linda and Edward | | | | | | $70,577.06 |
| 154 | Lovell | Malcom | Lovell Malcolm Ins Trust | | | | | $32,267.22 |
| 155 | Lovell | Neva | Lovell Family Trust (A) | | | | | $90,277.13 |
| 156 | Lucas | Marcia | | | | | | $9,614.05 |
| 157 | Lucas | Gregg | | | | | | $121,655.03 |
| 158 | Lyons | Clifford | | | | | | $38,596.68 |
| 159 | Madrid | Arthur | | | | | | $37,045.00 |
| 160 | Madrigal | Helen | | | | | | $25,407.15 |
| 161 | Mahoney | Tim | | | | | | $15,419.57 |
| 162 | Mahoney | Lori | | | | | | $21,103.15 |
| 163 | Mansour | Ihad | (LSU Living Trust) | | | | | $13,842.50 |

Case 3:09-cr-02582-WQH   Document 273-1   Filed 10/24/11   Page 10 of 13
U.S. v. Eric Montiel Victim Losses dated October 20, 2011

| | Last Name | First Name | Business Name | Address | City | State | Zip Code | Loss Amount |
|---|---|---|---|---|---|---|---|---|
| 164 | Marcos | Jeff | | | | | | $17,467.00 |
| 165 | Marcos | Haitham | | | | | | $129,371.39 |
| 166 | Marcus | Frank | | | | | | $14,417.01 |
| 167 | Marinucci | John | | | | | | $113,316.28 |
| 168 | Markstone | Dennis | | | | | | $90,627.44 |
| 169 | Martin | William Robert | | | | | | $57,623.26 |
| 170 | Martinez | Jesus | | | | | | $22,663.23 |
| 171 | Martinez | Rogelio | | | | | | $28,088.48 |
| 172 | Mashayekhi | Mo Reza | | | | | | $22,489.90 |
| 173 | Mattia | Hatem | | | | | | $25,425.00 |
| 174 | Mattia | Sam | | | | | | $52,906.69 |
| 175 | Mauricio | Dominador and Virginia | | | | | | $64,385.81 |
| 176 | May | Ronald | May Family 2006 Trust | | | | | $19,755.90 |
| 177 | McDermott | James | (McDermott Family Trust July 23 2004) | | | | | $46,825.75 |
| 178 | McLeroy | William | | | | | | $2,440.90 |
| 179 | McPhatter | Suzanne | | | | | | $335,428.71 |
| 180 | Mendel | Jennifer | | | | | | $8,189.54 |
| 181 | Mendel | Shaun and Jennifer | | | | | | $40,825.40 |
| 182 | Mertens | Polly | | | | | | $38,453.09 |
| 183 | Metzger | Paul | | | | | | $21,051.99 |
| 184 | Miladin | Christopher | | | | | | $188,658.74 |
| 185 | Millen | Glenn | | | | | | $40,143.00 |
| 186 | Miller | Ruth | | | | | | $42,250.00 |
| 187 | Miller | Mark | | | | | | $32,305.32 |
| 188 | Montgomery-West | Magan | | | | | | $87,166.37 |
| 189 | Montiel | Elsa | | | | | | $27,884.87 |
| 190 | Moon | Matthew | | | | | | $5,477.00 |
| 191 | Moon | Michael Jr | | | | | | $34,045.00 |
| 192 | Mora | Rodolfo | | | | | | $16,913.33 |
| 193 | Moran | Kurt | | | | | | $72,514.93 |
| 194 | Moreno | Edward | | | | | | $11,332.61 |
| 195 | Munoz | Jose | | | | | | $49,010.42 |
| 196 | Nash | Robert | | | | | | $126,664.71 |
| 197 | Nelson | Lori | | | | | | $31,211.00 |
| 198 | Nelson | Leonora | | | | | | $83,125.00 |
| 199 | Nemeth | Jeno | | | | | | $30,906.86 |
| 200 | Newman | Anthony | | | | | | $807.84 |
| 201 | Newman | Michael | | | | | | $7,438.25 |
| 202 | Nieraeth | James | | | | | | $3,334.77 |
| 203 | Nieraeth | Ronald | | | | | | $76,331.39 |
| 204 | Nuylan | Sharouk | | | | | | $93,252.65 |

Case 3:09-cr-02582-WQH Document 273-1 Filed 10/24/11 Page 11 of 13
U.S. v. Eric Montiel Victim Losses dated October 20, 2011

| | Last Name | First Name | Business Name | Address | City | State | Zip Code | Loss Amount |
|---|---|---|---|---|---|---|---|---|
| 205 | Odish | Samer II | | | | | | $19,942.11 |
| 206 | O'Grady | Diana | | | | | | $10,192.05 |
| 207 | Ouillette | Paul | | | | | | $106,771.44 |
| 208 | Owen | Celesta M | | | | | | $25,350.00 |
| 209 | Paap | Ferdinand | Paap Family Trust | | | | | $50,964.02 |
| 210 | Pacheco | Robert and Hortencia | | | | | | $84,475.00 |
| 211 | Panililio | Purificacion | | | | | | $178,240.42 |
| 212 | Paul | Lara | | | | | | $37,083.60 |
| 213 | Paulson | Mary | | | | | | $95,311.79 |
| 214 | Pellegrino | Stella | | | | | | $19,282.76 |
| 215 | Penberg | Fabienne | | | | | | $17,530.84 |
| 216 | Pentkowski | Markus | | | | | | $83,753.68 |
| 217 | Perez Jr. | Aurelio | | | | | | $48,126.13 |
| 218 | Phillips | David | | | | | | $55,800.00 |
| 219 | Phillipson | Gregg | | | | | | $18,002.15 |
| 220 | Pitel | Joel | | | | | | $2,800.71 |
| 221 | Pitt | Robert | | | | | | $15,641.00 |
| 222 | Pok-Bruno | Thida | | | | | | $21,165.62 |
| 223 | Pugh | Venson | | | | | | $45,360.14 |
| 224 | Ramirez | Christy | | | | | | $5,468.83 |
| 225 | Ramos | Rogelio and Hydidia | | | | | | $15,726.36 |
| 226 | Ramos | Jenny and John | | | | | | $178,279.37 |
| 227 | Ricevuto | Chris | | | | | | $62,986.64 |
| 228 | Richter | Douglas | | | | | | $1,118.99 |
| 229 | Ring | Steven | | | | | | $149,020.80 |
| 230 | Ritchey | William | | | | | | $11,332.84 |
| 231 | Rivera | Diana and Max | | | | | | $42,751.00 |
| 232 | Roberts | JoAnn M. | Roberts Family Trust | | | | | $42,521.63 |
| 233 | Robinson | Lisa | | | | | | $39,705.20 |
| 234 | Robinson | William | | | | | | $120,893.42 |
| 235 | Romero | Israel | | | | | | $21,194.00 |
| 236 | Ross | Fred and Merrideth | | | | | | $662,778.48 |
| 237 | Ross | Danielle | | | | | | $30,456.05 |
| 238 | Ross (Robin Cooper) | Robin | | | | | | $36,248.58 |
| 239 | Rouillard | Michael | | | | | | $3,099.05 |
| 240 | Rowell Jr. | Harold | | | | | | $231,106.59 |
| 241 | Ruggiero | Ronald | | | | | | $12,073.78 |
| 242 | Russell | Sandra | | | | | | $3,071.21 |
| 243 | Russell | Martha | | | | | | $39,822.13 |
| 244 | Russell | Cynthia | | | | | | $63,023.43 |
| 245 | Ryan | Shane | | | | | | $102,188.00 |

Case 3:09-cr-02582-WQH   Document 273-1   Filed 10/24/11   Page 12 of 13
U.S. v. Eric Montiel Victim Losses dated October 20, 2011

| | Last Name | First Name | Business Name | Address | City | State | Zip Code | Loss Amount |
|---|---|---|---|---|---|---|---|---|
| 246 | Samaniego | Ofelia | | | | | | $129,281.14 |
| 247 | SanFlippo | Peter | | | | | | $13,603.02 |
| 248 | Schiele | Arthur | | | | | | $52,271.61 |
| 249 | Schumann | Deanna | | | | | | $5,285.00 |
| 250 | Schumann | Clifford | | | | | | $14,041.14 |
| 251 | Seides | Leland and Kandace | Seides Family Trust | | | | | $39,076.82 |
| 252 | Serven | James | | | | | | $50,691.28 |
| 253 | Shaba | Sammer | | | | | | $8,064.00 |
| 254 | Shields | Dara | | | | | | $37,045.00 |
| 255 | Shuman | Joseph | | | | | | $24,022.10 |
| 256 | Smith | Alfred and Mary Kay | | | | | | $92,117.57 |
| 257 | Smith | Steve L. | | | | | | $61,879.52 |
| 258 | Smith | Robert W. | | | | | | $99,627.40 |
| 259 | Smith | Lynn | | | | | | $133,649.00 |
| 260 | Smith | Roberto | | | | | | $179,332.97 |
| 261 | Springer | Jimmy | | | | | | $6,669.54 |
| 262 | Squier | Thomas and Margie | Squier Family Trust | | | | | $61,514.73 |
| 263 | Stahl | Curits and Yolanda | | | | | | $141,336.13 |
| 264 | Stallcup | Danny and Heather | | | | | | $121,286.93 |
| 265 | Stanton | Jeffrey | | | | | | $91,057.05 |
| 266 | Steele | Ivor | (Steelco Enterprises Inc) | | | | | $76,351.66 |
| 267 | Steele-Sarka | JoAnn | | | | | | $19,102.50 |
| 268 | Stevens | Jeanette | | | | | | $19,942.11 |
| 269 | Stevens | Beverly | | | | | | $20,384.10 |
| 270 | Stidnick | Ronald | | | | | | $136,301.23 |
| 271 | Strege | Michael | | | | | | $34,103.41 |
| 272 | Strom | Iris | | | | | | $3,696.44 |
| 273 | Stutz | Chris | | | | | | $22,512.17 |
| 274 | Stutz | Robert and Eriko | | | | | | $120,513.60 |
| 275 | Sutton | John | (Lohuni Capital and Keoni Investments) | | | | | $67,635.78 |
| 276 | Tebet | Demetrius A. | | | | | | $20,573.21 |
| 277 | Teon | Alfredo | | | | | | $68,698.94 |
| 278 | Tolentino | Winifred | | | | | | $16,433.88 |
| 279 | Tolentino | Erlinda | | | | | | $25,809.09 |
| 280 | Tolentino | Glenn | | | | | | $36,017.83 |
| 281 | Torres | Rocco | | | | | | $124,208.10 |
| 282 | Traichel | Brian | | | | | | $188,722.22 |
| 283 | Tsuchiya | Akino | | | | | | $88,023.98 |
| 284 | Valoff | Nicolas | | | | | | $20,870.87 |
| 285 | Valoff | William D and Lynne | | | | | | $16,719.31 |
| 286 | Varteressian and Bramed | Lisa and Abderrazak | | | | | | $68,858.47 |

Case 3:09-cr-02582-WQH   Document 273-1   Filed 10/24/11   Page 13 of 13
U.S. v. Eric Montiel Victim Losses dated October 20, 2011

| | Last Name | First Name | Business Name | Address | City | State | Zip Code | Loss Amount |
|---|---|---|---|---|---|---|---|---|
| 287 | Vuong | Johnny | | | | | | $19,942.11 |
| 288 | Wedemeyer | Erika | | | | | | $82,296.74 |
| 289 | Wells | Mark | | | | | | $65,389.39 |
| 290 | Wheeler | Tracy | | | | | | $11,636.01 |
| 291 | Wheeler | John | | | | | | $62,315.17 |
| 292 | Wheeler | Larry and Brenda | | | | | | $224,803.71 |
| 293 | Whiteley | Brittani | | | | | | $8,118.35 |
| 294 | Whittet | Glenn and Angela | | | | | | $203,851.53 |
| 295 | Wilcox | Michael | | | | | | $37,784.24 |
| 296 | Wilkerson | Cathy | | | | | | $8,062.00 |
| 297 | Wilkerson | Thomas | | | | | | $77,055.34 |
| 298 | Wilkerson | Richard | | | | | | $191,933.56 |
| 299 | Wolf | Glenn | | | | | | $10,535.01 |
| 300 | Wood | Marcus | | | | | | $73,182.26 |
| 301 | Woodhouse | Craig | | | | | | $16,147.54 |
| 302 | Worthen | Ken | | | | | | $11,630.00 |
| 303 | Wright | Gary W. | | | | | | $78,613.05 |
| 304 | Young | Ty | | | | | | $14,905.63 |
| 305 | Zeimis | Robert | | | | | | $152,080.15 |
| | | | | | | | Victim Loss | $19,549,608.27 |
| | LENDERS | | | | | | | |
| 306 | | | Bank of America (fka Countrywide Home Loans-CHL) | | | | | $2,256,784.91 |
| 307 | | | Capital One Services/Greenpoint | | | | | $35,998.44 |
| 308 | | | Fannie Mae | | | | | $323,574.91 |
| 309 | | | FDIC | | | | | $703,541.41 |
| 310 | | | PNC Bank/National City Mortgage Bank | | | | | $54,285.30 |
| 311 | | | Wells Fargo Bank, N.A. Formerly Wachovia | | | | | $385,303.09 |
| | | | | | | | Lender Loss | $3,759,488.06 |
| | | | | | | | Total Loss | $23,309,096.33 |